IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01333-BNB-MJW

EVAN J. SALAUSA, et al.,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

MINUTE ORDER

     A settlement conference was held February 14, 2007.  A settlement has been reached subject to the approval of the El Paso County Probate Court.  Accordingly, it is hereby ORDERED that discovery is STAYED until further Order of Court.  It is FURTHER ORDERED that this case is set for a telephone status conference on April 16, 2007, at 10:00 a.m.  Plaintiff shall initiate the telephone conference call.  The court's telephone number is (303) 844-2403.  At the telephone status conference, the parties shall be prepared to provide this court with an update on the status of the probate proceedings.

Date:  February 15, 2007