IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01333-BNB-MJW

EVAN J. SALAUSA, a minor child,
by and through his natural mother and next
best friend, SHAVON SALAUSA,

        Plaintiff,

v

THE UNITED STATES OF AMERICA,

        Defendant.

## STIPULATION FOR DISMISSAL

COMES NOW the Plaintiff and Defendant, United States of America, in the above-entitled case and stipulate to dismiss this cause of action with prejudice as to Defendant United States of America, each party to pay its own costs.

DATED this 5th day of April, 2007.

        Respectfully submitted,

        TROY A. EID
        United States Attorney

| s/ William G. Fisher, Esq. | s/ Kurt J. Bohn |
|---|---|
| William G. Fischer, Esq. | Kurt J. Bohn, Esq. |
| 1524 W. Colorado Avenue | Assistant United States Attorney |
| Colorado Springs, CO 80904 | 1225 Seventeenth Street, Suite 700 |
| Telephone: (719) 475-2300 | Denver, Colorado 80202 |
| Counsel for Plaintiff | Telephone: (303) 454-0100 |
| | Counsel for United States of America |